## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

RILEY LAFATE ADAMS                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 4:08cv90-HTW-LRA

SHERIFF TODD KEMP, ET AL                                             DEFENDANTS

## ORDER

This cause is before the Court on the Joint Motion for Voluntary Dismissal

[**Docket No. 34**] filed by the defendants Sheriff Todd Kemp, Gary Kelly, J.G. Kufell and

Jackie Albritton on June 25, 2009. On July 6, 2009, the plaintiff Riley Lafate Adams

presented a letter to this court requesting to dismiss this lawsuit.  This court shall regard

the letter as a *pro se* stipulation of dismissal under Rule 41(a)(1)[1] of the Federal Rules

of Civil Procedure which is agreed to by the defendants.  This case is hereby fully and

finally dismissed.


                **SO ORDERED** this the 29th day of July, 2009.

                            **s/ HENRY T. WINGATE**
                              **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1]Rule 41(a)(1) provides:  **(1) By Plaintiff; by Stipulation.** Subject to the provisions of
Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by
the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by
the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or
(ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.
Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without
prejudice, except that a notice of dismissal operates as an adjudication upon the merits when
filed by a plaintiff who has once dismissed in any court of the United States or of any state an
action based on or including the same claim.